IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:02-cr-00041-MP

HENRY J. USCINSKI,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 55, a letter request by United States Probation Officer Shannon E. Angelidis, interpreted as a Motion for Return of Henry J. Uscinski's Passport. The United States has filed a response, wherein the Assistant United States Attorney has certified that he has spoken with Probation Officer Angelidis and that a copy of Mr. Uscinski's passport will be sufficient.

**ORDERED AND ADJUDGED:**

The Motion for Return of Passport, Doc. 55, is DENIED. The United States is directed to provide a copy of Mr. Uscinski's passport to Probation Officer Shannon E. Angelidis.

**DONE AND ORDERED** this __25th__ day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge